JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASB 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer,**                Petitioners,       v.  **DANA OLSON,**                Respondent. | Case No. C-08-1268-SC   **NOTICE OF DISMISSAL** |

   COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal for the reason that Dana Olson has not served an answer.

            Respectfully submitted,

            JOSEPH P. RUSSONIELLO
            United States Attorney

            /s/ Thomas Moore
            THOMAS MOORE
            Assistant United States Attorney
            Tax Division

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**NOTICE OF DISMISSAL**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

DANA K. OLSON
1242 ALABAMA STREET
SAN FRANCISCO, CA 94110

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 8, 2008** at San Francisco, California.

                              /s/ Kathy Tat
                            **KATHY TAT**
                            **Legal Assistant**